IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

John Duncan 180841
Full name and prison number of
plaintiff(s)

v.

John Cummings Warden

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 2:07-CV-634-MHT
(To be supplied by the Clerk of the
U.S. District Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✗)

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✗)

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit
Plaintiff(s) _____

Defendant(s) _____

_____

2.    Court (if federal court, name the district; if state court, name the county)
_____

3.    Docket No. _____

4.    Name of Judge to whom case was assigned _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

_____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.    PLACE OF PRESENT CONFINEMENT Bullack Corr, POBox 5107 Union Springs Ala 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Bullack Corr, Po Box 5107 Union Springs Ala 36089

III.    NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|  | NAME | ADDRESS |
|---|---|---|
| 1. | John Cummins | Po Box 5107 Union Springs Ala 36089 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV.    THE DATE UPON WHICH SAID VIOLATION OCCURRED June 14, 07

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: First Eighth and Fourteenth amendments Cruel and unusual punishment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
On June 14, 07 I was placed in Dsplanary Seg. every morning The officers That work This unit Takes The mattress From Dsplanary Seg inmates at 630 Am & There not returned until 5 pm That day Imates has To sleep or sit on a cement slab

-2-

GROUND TWO: *First Eighth and Fourteenth amendments Cruel + unusual punishments*

SUPPORTING FACTS: *There is not Any hot writer in The Sinks in Bullocks Seg unit. We have To wash our face + brush our Teenth in Cold writer*

GROUND THREE: _____

SUPPORTING FACTS: _____

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

*Give Displanary Seg inmates there mattress. Put hot of at least warm writer in Cells Pay me $2000 a day for pain a suffering for every day I'm in seg with my mattress Taken*

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____
                    (date)

_____
Signature of plaintiff(s)

-3-

IN THE UNITED STATES DISTRICT COURT

FOR THE  *Middle*  DISTRICT OF ALABAMA

John Duncan 180841                    *

PETITIONER,

                                      *

                                      *

                  vs                  *    CASE NO._____

                                      *

John Cummings Warden.                 *

RESPONDENT,

---

### SWORN AFFIDAVIT

I, John Duncan _____, the affiant
do swear under oath that the following statement made regarding the
aforementioned case is true and correct to the best of my knowledge
and would so aver that:

I was placed in Displanary Seg on June 14, 07 The officers
on First Shift comes and Takes The mattress From
Displanary Seg inmates at 6:30 Am + There not returned
Until 5.30 or 6:00 pm That day. There is no hot water
in The seg units inmates have To wash Their face with
Cold water Brush Their Teeth with Cold water. Inmates
in Displanary Seg has to Sleep on or sit on a cement Slab
For 10 to 12 hours a day.

Page one of two.

Page two of sworn affidavit.

_Signature of Affiant_ 180841

Sworn to and subscribed to before me

this 9th day of _July_ , 2007.

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 4, 2011

SEAL

My commission expires _____



MONTGOMERY AL 361

10 JUL 2007  PM 1 T

John Duncan 180841 (Seg.)
Po Box 5107
Union Springs Ala 36089

Clerk Of Court
Debra P. Hackitt
U.S. District Court
Po Box 711
Montgomery Ala 36101

36101+0711

LEGAL
Mail