IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

John Duncan 180841
Plaintiff(s)

2:07-CV-634-MHT

v.

John Cummings Warden
Defendant(s)

I, John Duncan, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    Yes ( )   No (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. March 1994 $1200.00 Address N/A

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?    Yes ( )   No (✓)
   B. Rent payments, interest, or dividends?    Yes ( )   No (✓)
   C. Pensions, annuities, or life insurance payments?    Yes ( )   No (✓)
   D. Gifts or inheritances?    Yes ( )   No (✓)
   E. Any other sources?    Yes (✓)   No ( )

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. My sister sent me about $20 every 3 months

<u>O R</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>7-2-07</u>
               (date)

_____
Signature of Affiant

<u>CERTIFICATE</u>

I hereby certify that the plaintiff herein has the sum of $ <u>0</u> on account to his credit at the <u>BULLOCK COUNTY CORR. FACILITY</u> institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

<u>BULLOCK COUNTY CORR. FACILITY</u>

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $_____ on the first day of _____
B. $_____ on the first day of _____
C. $_____ on the first day of _____
D. $_____ on the first day of _____
E. $_____ on the first day of _____
F. $_____ on the first day of _____

Date: <u>7-3-07</u>

_____
Authorized Officer of Institution

BULLOCK COUNTY CORR. FACILITY

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY


AIS #: 180841      NAME: DUNCAN, JOHN G.         AS OF: 07/03/2007

                # OF      AVG DAILY          MONTHLY
      MONTH     DAYS      BALANCE            DEPOSITS
-------------------------------------------------------------------

      JUL       28        $9.45              $20.00
      AUG       31        $5.97              $35.09
      SEP       30        $0.93              $0.00
      OCT       31        $0.93              $0.00
      NOV       30        $0.51              $40.00
      DEC       31        $0.19              $0.00
      JAN       31        $0.19              $0.00
      FEB       28        $1.61              $20.00
      MAR       31        $14.38             $0.00
      APR       30        $14.19             $0.00
      MAY       31        $10.93             $20.00
      JUN       30        $2.69              $0.00
      JUL        3        $2.69              $0.00
```