In The District Court of The United States For The Middle District of Alabama Northen Division

John Duncan
 Plaintiff

Civil Action No. 2:07-CV-654-MHT

v

John Cummings
 Defendant

## Motion For Leave To Amend

Comes now The Plaintiff in The above style case. And Ask This Court To Grant The plaintiffs Motion For Leave To Amend.

Certificate Of Service

I hearby Certify That I have served a copy of The Forgoing on The John Cummins (Warden) at PO Box 5107 Union Springs Ala 36089 On This 29th day of July 2007 By placing it in The Inmate hand mail

John Duncan
John Duncan



John Duncan 180841 5E9
PoBox 5107
Union Springs Ala 36089

MONTGOMERY AL 361
30 JUL 2007 PM 1 T

Office OF The Clerk
United States District Court
PoBox 711
Montgomery Ala
  36101-0711

36101+0711

In The District Court of The United States For The middle District of Alabama Northern Division

RECEIVED

John Duncan
　Plaintiff
　　v
John Cummings
　Defendent

Civil Action No. 2:07-cv-634-MHT

Amendment to Complaint

Comes now The Plaintiff in The above style Cause And ask This Court To Amend his Civil Action Complaint. Stating That his Constitutional Right To Access To Courts are being Violated. Under The Eaight and Fourteenth Amendment.

Statement of Facts

This inmate is housed in The Seg unit at Bullock County Correctional Facility. He has no Excess To The Law Library. His only Excess To Law books is on Tues And Thursdays. Inmates in This Seg unit are only allowed To Check out 2 Law books on Tues Turn Those in and get 2 more Books on Thurs

A Total of 4 Books Per week Inmates in This Seg unit are allowed only 1 Legal Kit per week which Contains 5 sheets of Paper and 2 envolopes. The way This access is ran, Inmates can not get The proper access To Law matirial That he proper needs. To The Courts.

Grounds For relief

Inmates in This Seg unit should at least be able To Check out 2 book per day. This Facility should hire someone That has knowledge of The Laws To help These inmates To Acces To Courts. And Pay Plaintiff $25.000 dollors for Contuining To Viliote his Consititutonal Rights

John Duncan
Signature of Plaintiff

Certificate of Service

I hearby Certify That I have served a copy of The Forgoing on The John Cummigs (Warden) at Po Box 5107 Union Springs Ala 36089 on This The 29th day of July 2007 By placing it in The Inmate handmail

*John Duncan* (signature)

John Duncan