In The District Court of The United States For The middle District of Alabama Northern Division

RECEIVED

John Duncan
   Plaintiff
      V                    Civil Action no. 2:07-cv-634-MHT
John Cummings
   Defendent

## Amendment to Complaint

Comes now The Plaintiff in The above style Cause And ask This Court To Amend his Civil Action Complaint. Stating That his Constitutional Right To Access To Courts are being violated. Under The Eaight and Fourteenth Amendment.

## Statement of Facts

This inmate is housed in The Seg unit at Bullock County Correctional Facility. He has no Excess To The Law Library. His only Excess To Law books is on Tues And Thursdays. Inmates in This Seg unit are only allowed To Check out 2 Law books on Tues Turn Those in and get 2 more Books on Thurs

A Total of 4 Books Per week. Inmates in This Seg unit are allowed only 1 Legal kit per week which Contains 5 sheets of Paper and 2 envolopes. The way This access is ran, Inmates can not get The proper access To Law matirial That he proper needs. To The Courts.

Grounds For relief

Inmates in This Seg unit should at least be able To Check out 2 book per day. This Facility should hire someone That has knowledge of The Laws To help These inmates To Acces To Courts. And Pay Plantiff $25.000 dollors for Contuining To Viliote his Consititutonal Rights

*John Duncan*
Signature of Plantiff

# Certificate of Service

I hearby Certify That I have served a copy of The Forgoing on The John Cummigs (Warden) at Po Box 5107 Union Springs Ala. 36089 on This The 29th day of July 2007 By placing it in The Inmate handmail

*John Duncan*

John Duncan