In The District Court Of The United States. For The Middle District of Alabama Northen Division

RECEIVED
2007 AUG 14 A 9:30
P. HACKETT CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

John Duncan
 Plaintiff
        v
John Cummings
 Defendent

Civil Action No: 2:07-CV-634-MHT

Motion For Leave To File an Amended Complaint

Plaintiff John Duncan pursuant to Rules 15(A) and 19(A) Fed R. Civ. P. Request Leave To File an amended Complaint Adding a Party.

The Plaintiff in his original complaint named John Cummings (Warden). Defendent.

Since filing of The Complaint The Plaintiff has Learned That The name Richard Allen (Commissioner) AT 301 S Ripley ST Montgomery Ala 36104. Should also be named as a Defendent. Becouse he is Legally responsible for The overall operation of The Department and each institution under The State of Alabama including Bullock Corr, Facility Where Plaintiff is confined.

①

This Court should grant leave Freely To Amend a complaint. And Add Richard Allen To The Civil Action Complaint above

Date 8-11-07

Respectfully Submitted

John Duncan 180841
Po Box 5107
Union Springs Ala
36089

Signature
*John Duncan*

②

## Certificate of Service

I hearby certify that I have served a copy of the forgoing on The John Cummings (Warden) at Bullock Corr, Through inmate hand mail. Richard Allen (Commissioner) at 301 S Ripley ST Montgomery Ala 36104 on This The 11th day of August. 2007. By Placing This in The United States First Class Mail Postage Pre paid

*John Duncan*

MONTGOMERY AL 361
13 AUG 2007 PM 1 L

Office of The Clerk
United States District Court
Po Box 711
Montgomery Ala 36101-0711

John Duncan 180541
PoBox 5107
Union Springs Ala 36089

36101+0711-11  B007