In The District Court of The United States
For The Middle District of Alabama
Northern Division

John Duncan
    Plaintiff
        v.
John Cummings
    Defendant

Civil Action no. 2:07-CV-634-MHT

## Motion for Appointment Of Counsel

Pursuant to 28 U.S.C § 1915 (E)(1) plaintiff moves for an order appointing Counsel To represent him in This Case. In Support of This motion plaintiff States:

① Plaintiff is unable To afford Counsel. He has been granted leave To proceed in Forma Pauperis.

② Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in This Case are complex And will require significant research And investigation. Plaintiff is in Segregation and has limited access To The law library. Books 290 F.3d and up are on a computer This Plaintiff has no excess To The matirial That he needs.

③ A Trial in This Case will likely involve conflicting Testimoney, And Counsel would better enable plaintiff To present evidence And cross

Examine Witnesses

① Plaintiff has very limited knowledge of The Law

Wherefore, plaintiff request This Court appoint Counsel in This Case

Date 8-18-07

John Duncan
John Duncan
PoBox 5107
Union Springs Ala
           36089

# Certificate of Service

I hearby Certify That I have Served a copy of The forgoing on John Cummings (Warden) At Po Box 5107 Union Springs Ala 36089 Throgh by placing it in The inmate hand mail on This 18th day of August 2007

John Duncan

John Duncan 180841
PO Box 5107
Union Springs Ala 36089

MONTGOMERY AL 361

20 AUG 2007 PM 4 T

Office of The Clerk
United States District Court
Po Box 711
Montgomery Alabama
36101-0711

36101+0711