IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN DUNCAN, #180841,            )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    CIVIL ACTION NO. 2:07-CV-634-MHT
                                 )
JOHN CUMMINGS,                   )
                                 )
          Defendant.             )

## ORDER

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before February 19, 2008 John Cummings shall:

1.  Show cause why he has failed to file a written report in compliance with the orders of this court.

2.  File a written report in accordance with the orders of this court.

The Clerk is hereby DIRECTED to provide a copy of this order, the complaint and the amendment to the complaint to the General Counsel for the Alabama Department of Corrections.

Done this 4th day of February, 2008.


_____/s/ Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE