IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DUNCAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **2:07-cv-a634-MHT** |
| | ) | |
| JOHN CUMMINGS , | ) | |
| | ) | |
| Defendant, | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, *Warden John Cummings*, Defendant in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [x] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Department of Corrections | Employer |
| | |
| | |
| | |

02/07/08                               /s/ J. MATT BLEDSOE
Date                                          Counsel Signature

**John Cummings**
Counsel for (print names of all parties)

11 South Union Street Montgomery, AL 36130
Address, City, State Zip Code

334-242-7443
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

    I, <u>J. Matt Bledsoe</u>, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 7th day of February, 2008, to:

**John Duncan, #180841**
**Bullock Correctional Facility**
**PO Box 5107**
**Montgomery, AL  36089**

| | |
|---|---|
| 02/07/08 | /s/ J. MATT BLEDSOE |
| Date | Signature |